# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DAVID HARRELL,              ) 1:11-cv-1127-LJO-BAM
                            )
          Plaintiff,        )
                            ) ORDER REGARDING SETTLEMENT
     v.                     ) CONFERENCE
                            )
CALIFORNIA DEPARTMENT OF    )
DEVELOPMENTAL SERVICES,     )
                            )
          Defendant,        )
_____ )

A settlement conference has been set in this matter for **June 27, 2013 at 9:30 am** in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe. Settlement conferences are often unproductive unless the parties have exchanged demands and offers before the conference and made a serious effort to settle the case on their own. The parties are required to negotiate and make a good faith effort to settle the case without the involvement of the Court. Specific proposals and counter proposals shall be made. Accordingly, if the parties have not already made specific proposals, plaintiff shall make a written proposal to defendants not later than 21 days before the settlement conference. Defendant shall respond and make a counter proposal not later than 10 days before the settlement conference. The parties' confidential settlement conference statements shall outline the settlement negotiations to date. The Court may vacate the settlement conference for failure to engage in a serious effort to settle the case.

     IT IS SO ORDERED.

Dated:   December 21, 2012                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

1