IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARRELL,<br><br>        Plaintiff,<br><br>   vs.<br><br>CALIFORNIA DEPARTMENT OF DEVELOPMENTAL SERVICES,<br><br>        Defendant. | CASE NO. CV F 11-1127 LJO BAM<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 24.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters, including the June 27, 2013 settlement conference, August 6, 2013 pretrial conference, and September 24, 2013 trial; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:** **March 12, 2013**       /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE